UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH GARBARINI, | 1:17-cv-00351-AWI-GSA-PC |
| Plaintiff, | ORDER RE PLAINTIFF'S REQUEST (ECF No. 12.) |
| vs. | |
| D. MENDIVIL, et al., | |
| Defendants. | |

Ralph Garbarini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on March 10, 2017. (ECF No. 1.) On July 25, 2017, Plaintiff filed a request for timely screening of his Complaint. (ECF No. 12.)

The court ordinarily screens complaints in the order in which they are filed at the court and strives to avoid delays whenever possible. However, there are hundreds of prisoner civil rights cases presently pending before the court, hence delays are sometimes inevitable despite the court's best efforts. Plaintiff's Complaint will be screened in due course.

Based on the foregoing, Plaintiff's request, filed on July 25, 2017, is RESOLVED.

IT IS SO ORDERED.

Dated:   __July 26, 2017__      _____/s/ Gary S. Austin_____
                                 UNITED STATES MAGISTRATE JUDGE